UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEIL R. VANDERPOL,<br><br>                   Plaintiff,<br>   v.<br><br>KITSAP COUNTY SHERIFF'S OFFICE,<br>STEVE BOYER,<br><br>                  Defendants. | No. C13-5002 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated January 11, 2013, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 6. Plaintiff was given a deadline to amend or show cause by February 22, 2013. *Id.* On February 8, 2013, Plaintiff filed a motion for extension of time requesting an extension of this deadline to March 22, 2013. Plaintiff states that he is without legal assistance and is awaiting receipt of public disclosure documents. ECF No. 8.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for extension of time (ECF No. 8) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **March 22, 2013**, or the Court will recommend dismissal of this action.

(2)    The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 13th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1